IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE B. BATES, III,                    )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )          Case No. 24-cv-1011-RJD
                                         )
WARDEN,                                  )
                                         )
          Defendant.                     )
                                         )
                                         )

**ORDER**

**DALY, Magistrate Judge:**

Petitioner, formerly an inmate at FCI Greenville, requested that the Court order his transfer to a Residential Reentry Management Center. Doc. 1. At the time Plaintiff filed his petition, his projected release date was August 29, 2027. Doc. 18-1, ¶10. According to the publicly available records of the Federal Bureau of Prisons, Plaintiff is currently residing at a Residential Reentry Management Center.[1] On February 24, 2026, Petitioner was ordered to file a response with the Court that explained why the Petition was not moot in light of his changed circumstances, if he still wanted to pursue this matter.[2] Doc. 26. Plaintiff's response was due by 3/24/2026. *Id*. Plaintiff was warned that the failure to comply with the Order would result in dismissal with prejudice. *O'Rourke Bros. Inc. v. Nesbitt Burns, Inc.*, 201 F.3d 948, 952 (7th Cir. 2000). As of the date of this Order (March 26, 2026), Plaintiff has not filed a Response.

---

[1] https://www.bop.gov/inmateloc/ (last accessed March 26, 2026)
[2] Plaintiff was also ordered to explain why he did not update his address with the Court, as previously ordered. Docs. 3, 7, 26.

Page **1** of **2**

Consequently, this case is DISMISSED WITH PREJUDICE.   The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: March 26, 2026**

s/ *Reona J. Daly*

**Hon. Reona J. Daly**
**United States Magistrate Judge**